**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Scott Radke | ) | |
| | ) | Case No. 25-cv-4855 |
| v. | ) | |
| | ) | Judge: Hon. Jorge L. Alonso |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Laura K. McNally |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**FINAL DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Scott Radke ("Radke") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Radke having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Radke having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because

Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Radke has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Radke's federally registered Copyrights (the "Radke Copyrights") to residents of Illinois. In this case, Radke has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Radke Copyrights. *See* Docket No.10, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Radke Copyrights.

A list of the Radke Copyrights is included in the below chart.

| Registration Number | Registered Copyright |
|---|---|
| VA 2-266-823 | Witch 2015 |
| VA 2-420-698 | Witch |
|  |  |

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that Radke's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1.  Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a.  using the Radke Copyrights or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Radke product or not authorized by Radke to be sold in connection with the Radke Copyrights;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Radke product or any other product produced by Radke, that is not Radke's or not produced under the authorization, control, or supervision of Radke and approved by Radke for sale under the Radke Copyrights;

    c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Radke, or are sponsored by, approved by, or otherwise connected with Radke; and

    d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Radke, nor authorized by Radke to be sold or offered for sale, and which bear any of Radke's Copyrights, including the Radke Copyrights, or any reproductions, counterfeit copies or colorable imitations.

3

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

      a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Radke Copyrights; and

      b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Radke Copyrights or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Radke product or not authorized by Radke to be sold in connection with the Radke Copyrights.

3. Upon Radke's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Radke Copyrights.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Radke is awarded statutory damages from each of the Defaulting Defendants in the amount of $50,000.00 for willful use of counterfeit Radke

4

Copyrights on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 6 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Radke as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to Radke the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Radke has recovered full payment of monies owed to it by any Defaulting Defendant, Radke shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Radke identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Radke may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

9.     The 37,000.00 dollar surety bond posted by Radke is hereby released to Radke or its counsel, The Law Office of David Gulbransen.  The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Radke or its counsel.


This is a Default Judgment.

Dated: September 11, 2025

_____

Jorge L. Alonso
United States District Judge

**Schedule A**

| Doe | Store Name | Merchant ID |
|---|---|---|
| 1 | HiLeyJey | A3GSBOSFN64TJT |
| 2 | XUNCHNG | A1DBFNTH0FPH5C |
| 3 | HLQUSEQA | A20B60MPTTHEEM |
| 5 | AGhnu | A2LD56GXBLJUAC |
| 7 | Jian Shi Xian Chao Mei Shang Mao You Xian Gong Si | AH2FMRFMTVYPS |
| 9 | YOUKE US | A1OVIQW8OUR1KZ |
| 10 | PUNNI | A1CEAV9FVSJ60J |
| 14 | ART Paradise | A36YDECLLSQO0O |
| 15 | Xingyueshang | ADE0KUE2MYBBD |
| 16 | muzixinxin | A3SHYZJQL7A89J |
| 17 | HeBeiHuiYangXiangJiaoZhiPinYouXianGongSi | A79ZW8LIACKCU |
| 19 | PANXTDEG ✦ ✦ ✦ Todays Daily Deals | AEHO2ZZIH4XN3 |
| 20 | yichangqianjiaokejiyouxiangongsi | A29P192QYYWEL4 |
| 21 | WuHanXingEnYiDianZiShangWuYouXianGongSi | A1DBRJ72ANVWZ8 |
| 22 | Kuangye | A354M7Z31DZ7BZ |
| 23 | SEAYI Halloween Ltd | 101674014 |
| 24 | guangzhouyunxiangyifushiyouxiangongsi | 101679171 |
| 26 | esafio Co. Ltd | 101096055 |
| 28 | GOONNB | 101672677 |
| 29 | sabipo67 | sabipo67 |
| 30 | thecorner_store | thecorner_store |
| 33 | wisidagama_online_store | wisidagama_online_store |
| 34 | Jiahong Parts Emporium | Jiahong Parts Emporium |
| 35 | treep312 | treep312 |
| 36 | warunasahabandu | warunasahabandu |